Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.162.127.42,<br><br>　　　　　Defendant. | Case Number: 4:22-cv-04000-HSG<br><br>Honorable Haywood S Gilliam, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.162.127.42** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.162.127.42, are voluntarily dismissed with prejudice.

Dated:  September 22, 2022　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　By: */s/ Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LINCOLN BANDLOW, PC
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*